1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

10 | RICHARD MATTHEW MARTIN,

Case No. LACV 15-2687-SJO (LAL)

11 |                          Petitioner,

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

12 |          v.

13 | KIM HOLLAND,

14 |                          Respondent.

15
16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's

18 Report and Recommendation, and the remaining record, and has made a *de novo* determination.

19       Accordingly, IT IS ORDERED THAT:

20       1.       The Report and Recommendation is approved and accepted;

21       2.       Judgment be entered denying the Petition and dismissing this action with

22                prejudice; and

23       3.       The Clerk serve copies of this Order on the parties.

24
25
26 DATED:       June 13, 2017       _____
                                    HONORABLE S. JAMES OTERO
27                                  UNITED STATES DISTRICT JUDGE
28