**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MATTHEW MARTIN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>KIM HOLLAND,<br><br>　　　　　　　Respondent. | Case No. LACV 15-2687-SJO (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 13, 2017

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE